UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                                Plaintiff,  )  Case No. CR08-336C
            v.  )
                  )  DETENTION ORDER
BAO DUONG,  )
                              Defendant.  )
_____ )

<u>Offenses charged</u>:

    COUNT 1:    CONSPIRACY TO MANUFACTURE MARIJUANA in violation of 21 U.S.C.§§ 841(a)(1) and 841(b)(1)(A) and 846

    COUNTS 5 - 6:    MANUFACTURE OF MARIJUANA in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(B), and 18 U.S.C. § 2

<u>Bond Modification Hearing</u>: November 25, 2008.

The Court, having conducted a bond modification hearing pursuant to 18 U.S.C. § 3142, and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant was released on bond on October 17, 2008.

(2)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending

DETENTION ORDER                                                 15.13
18 U.S.C. § 3142(i)                                     Rev. 1/91
PAGE 1

charges. Application of the presumption is appropriate in this case.

    (3)    Defendant has stipulated to his continued detention and withdrew his modification request.

    (4)    There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

    (1)    Defendant's bond is hereby revoked;

    (2)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (3)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (4)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (5)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 25th day of November, 2008.

*/s/ James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2